# United States Court of Appeals
## For the First Circuit

No. 03-1569

MARY NEWMAN AFFUL,

Petitioner,

v.

JOHN ASHCROFT,
UNITED STATES ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on August 6, 2004 is amended as follows:

On page 14, footnote 2, line 1:  Replace "amend" with "remand".